William Webb Farrer (SBN 95276)
Julie A. Marquis (SBN 178466)
LAW OFFICES OF WILLIAM WEBB FARRER
300 Montgomery Street, Suite 600
San Francisco, California 94104
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Stella Chen

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STELLA CHEN, <br><br> Plaintiff, <br><br> v. <br><br> DEMAS WAI YAN aka DENNIS YAN <br><br> Defendant. | Case No. 3:06-CV-00363-VRW |
| WEI SUEN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DEMAS YAN, et al, <br><br> Defendants. | Case No. 3:06-CV-00508-MMC |
| DEMAS YAN a/k/a DENNIS YAN, <br><br> Plaintiff, <br><br> vs. <br><br> DONG FU, et al, <br><br> Defendants. | Case No. 3:06-CV-00509-JSW <br><br> **STIPULATION AND ORDER FOR CONSOLIDATION OF RELATED BANKRUPTCY APPEALS** <br> **(L.R. 3-12, 7-11 and 7-12)** |

The parties in the above-referenced matters, through their respective counsel, hereby stipulate as follows:

1. That certain bankruptcy appeal entitled *Stella Chen v. Demas Wai Yan* (Appeal No.

06-CV-00363) pending before the Honorable Vaughn R. Walker in the United States District Court for the Northern District of California (San Francisco) is related to that certain bankruptcy appeal entitled *Demas Wai Yan v. Wei Suen* (Appeal No. 06-CV-00508) pending before the Honorable Maxine M. Chesney in the United States District Court for the Northern District of California (San Francisco) and that certain bankruptcy appeal entitled *Demas Wai Yan v. Stella Chen* (Appeal No. 06-CV-00509) pending before the Honorable Jeffrey S. White in the United States District Court for the Northern District of California (San Francisco) because all three bankruptcy appeals arise from the Amended Judgment entered on March 3, 2006 by the United States Bankruptcy Court for the Northern District of California (San Francisco Division), a true and correct copy of which is attached hereto as Exhibit A.

2. The parties believe that all three bankruptcy appeals concern the same parties, property and events and there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before, and determined by, different Judges.

3. Accordingly, the parties stipulate that all three bankruptcy appeals be consolidated before the Honorable Vaughn Walker in Appeal No. 06-CV-00363, which was the first appeal docketed, and respectfully request that this Court approve that stipulation and vacate the status conferences set in Appeal Nos. 06-CV-00508 and 06-CV-00509.

Dated: May 4, 2006         **LAW OFFICES OF MARK J. ROMEO**

                           By: _____/s/_____
                               Mark J. Romeo
                               Attorneys for Demas Wai Yan

Dated: May 5, 2006         **THE LAW OFFICES OF WILLIAM WEBB FARRER**

                           By: _____/s/_____
                               William Webb Farrer
                               Attorneys for Stella Chen

Dated: May 5, 2006         **CORPORATE COUNSEL LAW GROUP**

                           By: _____/s/_____
                               John Chu
                               Attorneys for Wei Suen

Dated: May 8, 2006

                                        /s/
                                 Dong Fu, In *Pro Per*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 16, 2006

_____
Judge _____, U.S. District Court
for the Northern District of California

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ Judge Vaughn R Walker]*

LAW OFFICES OF WILLIAM WEBB FARRER
300 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA 94104
(415) 765-9100

**STIPULATION FOR CONSOLIDATION OF RELATED BANKRUPTCY APPEALS (L.R. 3-12, 7-11 and 7-12)** (1319\P090.JAM)    3