```
REIDUN STRØMSHEIM # 104938
LINDA SORENSEN # 72753
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
353 Sacramento Street, Suite 860
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:           (415) 989-2235
jlafreniere@stromsheim.com
```

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA CHEN<br><br>    v.<br><br>DEMAS YAN | Case No. C 06-00363-VRW |
| WEI SUEN<br><br>    v.<br><br>DEMAS YAN, et al., | Case No. C 06-00508-VRW |
| DEMAS YAN aka DENNIS YAN,<br><br>    v.<br><br>DONG FU, et al. | Case No. C 06-00509-VRW |

**ORDER ON STIPULATION TO DISMISS
CERTAIN OF THE CONSOLIDATED APPEALS**

WHEREAS the parties (i) Janina M. Elder, the duly appointed Chapter 11 trustee of the bankruptcy case of debtor Demas Wai Yan, aka Dennis Yan in Bankruptcy Case No. 04-33526, United States Bankruptcy Court, Northern District of California, San Francisco Division (the "Bankruptcy Case"), on her own behalf and as the rightful holder of any and all rights, title and interest of debtor Demas Wai Yan with respect to these consolidated appeals; and  (ii) Stella Chen,

on her own behalf, and in her capacity as assignee of the claims of Fei Sing Fu under that certain promissory note dated November 13, 2002; have entered into a compromise resolving all issues between them, which compromise was approved and authorized by the Bankruptcy Court in the Debtor's pending Chapter 11 bankruptcy Case, by an order approving the compromise entered in the Bankruptcy Case on July 24, 2006 (the "Compromise Order"), and

WHEREAS the time has expired in which a timely appeal of the Compromise Order could be filed, and no timely appeal was filed; now therefore,

IT IS HEREBY STIPULATED by and between parties (i) Janina M. Elder, the duly appointed Chapter 11 trustee of the bankruptcy case of debtor Demas Wai Yan, aka Dennis Yan in the Bankruptcy Case, on her own behalf and as the rightful holder of any and all rights, title and interest of said debtor Demas Wai Yan with respect to the facts which are the subject of the Compromise Order (the "Demas Yan Estate"); and (ii) Stella Chen, on her own behalf, and in her capacity as assignee of the claims of Fei Sing Fu under that certain promissory note dated November 13, 2002 ("Chen"); by and through their attorneys of record, that they agree pursuant to Rule 8001(c)(2), Federal Rules of Bankruptcy Procedure, to dismiss with prejudice all claims against each other in these consolidated bankruptcy appeals, as follows:

1. In the matter entitled <u>Stella Chen v. Demas Yan</u>, Appeal No 06-0363, the Demas Yan Estate and Chen agree to dismiss the matter with prejudice; and

//
//
//
//
//
//
//
//
//
//

STROMSHEIM &
ASSOCIATES

2

2. In the matter entitled <u>Yan v. Fu, et al.</u>, Appeal No 06-0509, the Demas Yan Estate and Chen agree to dismiss all claims against each other in the matter, with prejudice.

This stipulation does not affect claims other than those between Chen and the Demas Yan Estate, nor does it affect claims between other parties, nor does it affect the third of the consolidated bankruptcy appeals, <u>Suen v. Yan</u>, Appeal No. 06-0508.

DATED:   August 17, 2006.

STROMSHEIM & ASSOCIATES

   /s/ Joanne LaFreniere
JOANNE LAFRENIERE
Attorneys for JANINA M. ELDER,
Chapter 11 Trustee for the Estate of Demas Yan,
Bankruptcy Case No. 04-33526

DATED:   August 17, 2006.

LAW OFFICES OF WILLIAM WEBB FARRER

   /s/ William Webb Farrer
WILLIAM WEBB FARRER
Attorney for STELLA CHEN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/23/2006

VAUGHN R. WALKER
JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA